

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00054-CV

LUBULA KANYINDA                                                APPELLANT

V.

BEAULY, LLC                                                    APPELLEE

-----------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2014-005650-1

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

The trial court sustained the contest to appellant's affidavit of indigency on February 26, 2015, and appellant did not appeal this ruling. On March 2, 2015, and on March 18, 2015, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $195 filing fee

---

[1]*See* Tex. R. App. P. 47.4.

was paid.  *See* Tex. R. App. P. 42.3(c).  Appellant has not paid the $195 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  SUDDERTH, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  April 16, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).